IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Clarence Johnson and Nehemiah H& G Construction,**<br><br>     Plaintiff,<br><br>v.<br><br>**Walgreens, *et.al.*,**<br>     Defendant. | Case No. 22-CIV-87-RAW |

## ORDER

    This case was originally filed on March 22, 2022 [Docket No. 1].   Subsequent to filing the Complaint the Court Clerk issued a minute order directing Plaintiff to pay the filing fee within 7 days or file a Motion for Informa Pauperis.   The order stated that Plaintiff's failure to comply with this directive would subject this action to "immediate dismissal by the Court without prejudice to refiling."   The order specifically stated that failure to respond could result in the matter being dismissed for failure to prosecute.   Plaintiff has failed to pay the filing fee or file a motion to proceed *in forma pauperis* to date.

    Plaintiff is proceeding *pro se* in this matter.   Although a *pro se* litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers, *pro se* parties must follow the same rules of procedure that govern other litigants. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836 (10th Cir. 2005).

    For the reasons stated above, it is the order of this court that this case is dismissed without prejudice.

    IT IS SO ORDERED this 17th day of May, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA