IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Clarence D. Johnson and<br>Nehemiah H & G Construction,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Walgrteens, *et.al.*,<br>　　　　　　　　Defendant. | Case No.   22-CIV-87-RAW |

## J U D G M E N T

In accordance with the Order entered this 17th day of May, 2022, it is ORDERED, ADJUDGED and DECREED that this case is dismissed without prejudice to refiling.

**IT IS SO ORDERED** this 17th day of May, 2022.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**